B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re  PETER DAVIS AND GERRI DAVIS  ,  Case No. 2:12-12146-NB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| c/o U.S. Bank National Assocation, N.A. | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 1610 E. St. Andrew Pl. #B150
 Santa Ana, CA 92705

Court Claim # (if known): 5-1
Amount of Claim: $199,070.09
Date Claim Filed: 05/24/2012

Phone: 949-517-5057
Last Four Digits of Acct #: 4681

Phone: 866-259-7728
Last Four Digits of Acct. #: 6414

Name and Address where transferee payments should be sent (if different from above):
 1610 E. St. Andrew Pl. #B150
 Santa Ana, CA 92705

Phone: 866-259-7728
Last Four Digits of Acct #: 4681

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_ [signature]  Date: 10/18/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.