# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

IN RE:                              §
                                    §    CASE NO. 2:12-bk-12146-NB
PETER DAVIS                         §
GERRI DAVIS                         §
    DEBTOR                      §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Rushmore Loan Management Services LLC as servicing agent for U.S. Bank National Association, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-9** | U.S. Bank National Association, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **Rushmore Loan Management Services**
    **P.O. Box 55004**
    **Irvine, California 92619-2708**

Court Claim # (if known):  5
Amount of Claim:  $199,070.09
Date Claim Filed:  05/24/2012

Phone:
Last Four Digits of Acct #: **xxxxxx0544**

Phone:
Last Four Digits of Acct.#:  4681

Name and Address where transferee payments should be sent (if different from above):

    Rushmore Loan Management Services
    P.O. Box 52708
    Irvine, California 92619-2708

Phone:
Last Four Digits of Acct #: **xxxxxx0544**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ John J. Rafferty                                    Date:         08/08/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 8th day of August 2014  via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Peter  Davis
43667 Ryckebosch Ln
Lancaster, CA 93535-5834

Gerri  Davis
43667 Ryckebosch Ln
Lancaster CA 93535-5834

**Debtors' Attorney**
Kevin T. Simon
Simon & Resnik Llp
15233 VENTURA BLVD
STE 250
SHERMAN OAKS, CA  91403-2208

**Chapter 13 Trustee**
Kathy A. Dockery
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

/s/ John J. Rafferty
John J. Rafferty