Name, Address and Telephone Number for Attorney(s) or Debtor in Pro Per
Kevin T. Simon, SBN 180967
Law Offices of Simon Resnik Hayes LLP
15233 Ventura Boulevard, Suite 250
Sherman Oaks, CA 91403
Phone (818) 783-6251
Facsimile (818) 783-6253

☒ Attorney for Debtor(s) (If applicable)
☐ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names, including trade names, used by Debtor(s) within the last 6 years | Chapter 13 <br> Case No. 2:12-bk-12146-NB |
|---|---|
| PETER DAVIS, <br> GERRI DAVIS | DEBTOR'S MOTION FOR AUTHORITY TO MODIFY LOAN ON REAL PROPERTY |
| Debtor. | (No Hearing Required) |

Debtors' Chapter 13 case was filed on January 20, 2012.

Debtors desire to modify first trust deed recorded against the real property located at 43667 Ryckebosch Lane Lancaster, CA 93535.

The following are all encumbrances of record against the property:
First Trust Deed: Wells Fargo Bank, N.A. - $445,684.41 (Estimate) Loan # ******2320.

Attached hereto as Exhibit "A" is a true and correct copy of the Loan Modification Trial documents provided by Wells Fargo Bank, N.A.

That the 10-day stay Authorizing Sale of Property described by Bankruptcy Rule 6004(g) be waived.

Wherefore, Debtor prays for an Order authorizing the debtor to modify loans on the above-described real property.

I declare under penalty of perjury that the forgoing is true and correct.

Date: 09/15/2014

_____ Attorney for Debtor(s)

_____ Debtor

_____ Joint Debtor

## DECLARATION OF KEVIN T. SIMON IN SUPPORT OF DEBTOR'S MOTION FOR AUTHORITY TO MODIFY LOAN ON REAL PROPERTY

I, Kevin T. Simon, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all the below statements..

1. Simon Resnik Hayes, LLP represent the Debtors, Peter Davis and Gerri Davis, case number 2:12-bk-12146-NB, which was filed on January 20, 2012.

2. Debtors are attempting to proceed with a loan modification agreement on their primary residence located at 43667 Ryckebosch Lane Lancaster, CA 93535. Their lender is Wells Fargo Bank, N.A.

3. Debtors' lender has provided a trial loan modification agreement (attached hereto as Exhibit "A").

4. Wells Fargo Bank, N.A. has advised on multiple occasions that the language used in the court form is insufficient for their approval of the loan modification. Instead, Wells Fargo Bank, N.A. requires court approval for authority to modify the loan in order to finalize the loan modification process. I hereby request said approval be granted in the instant case.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration is executed this 15th day of September 2014, at Sherman Oaks, California.

_____
Kevin T. Simon

# EXHIBIT "A"





**You may be able to make your payments more affordable!**

### Account Information

| | |
|---|---|
| Fax | 1-800-333-0882 |
| Telephone: | 1-877-270-3616 |
| Correspondence: | Wells Fargo Home Mortgage |
| | P.O. Box 10335 |
| | Des Moines, IA 50306 |
| Hours of Operation: | Monday-Friday, 8AM to 10PM, and Saturday, |
| | 8AM to 5PM, Central Time |
| Loan Number: | |
| Property Address: | 43667 RYCKEBOSCH LN |
| | LANCASTER CA 93535 |

April 7, 2014

GERRIJUANA L ANDERSON-DAVIS
343667 RYCKEBOSCH LN
LANCASTER CA 93535

Case Number: 12-12146

Dear GERRIJUANA L ANDERSON-DAVIS:

In response to your appeal request, we have completed a review of the decision we made about your mortgage.

Congratulations! You are approved to enter into a Trial Period Plan under the federal government's Home Affordable Modification Program. This is the first step toward qualifying for more affordable mortgage payments. Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

Please note: As a result of your bankruptcy case, this letter is not an attempt to collect a debt from you or in any way violate any provision of the United States Bankruptcy Code. This letter has been sent to you for informational purposes only. This is not a bill or a request for payment, or a statement that you are personally obligated in any way to make a payment. Your decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary. You are not obligated to pursue.

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A.

any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

**What you need to do...**

To accept this offer, please send in your new payment by the due date, as listed below, instead of your normal monthly mortgage payment.

6/10/14 —

1st payment: $ 2457.78 by 05/01/14 — 1003189115
2nd payment: $ 2457.78 by 06/01/14 — 1003222839
3rd payment: $ 2457.78 by 07/01/14

Property value used to make this decision: $ 295,000.00
Total income used to make this decision: $ 9,675.30

Please note that your trial period may extend beyond the dates provided. For that reason, continue making your trial period payments in the same amount by the same day of each month you currently make your trial period payments until your home preservation specialist advises that you may move forward with a final modification or that you are no longer eligible for HAMP.

Some reasons for the extension could be tied to other liens you have on your property that may be required to be cleared prior to final approval of your modification. For example, we may need to receive a subordination agreement from the other lenders so that we can maintain our lien position; or if you have a judgment placed on your property you may be required to pay off the lien. If you fail to provide a subordination agreement from another lender or fail to pay off a judgment lien as required, your modification may be denied even if you pay the trial period payments. Also, failure to make all trial period payments as outlined above, including if your trial period payments were extended will result in your Trial Period Plan being denied.

As part of the review, Wells Fargo uses a process to determine which option best matched your circumstances. Once we reviewed and approved you for this program, we stopped reviewing you for other options that were considered less of a match to your circumstances.

After all trial period payments are timely made and you have submitted all the required documents, your mortgage may be permanently modified. However, if you are in active bankruptcy any conversion to a permanent modification is conditioned on obtaining the bankruptcy court's approval to modify the mortgage or release of the mortgage from inclusion in the bankruptcy. (Your existing loan and loan requirements remain in effect and unchanged during the trial period.) If each payment is not received by Wells Fargo Home Mortgage in the month in which it is due, this offer will end and your loan will not be modified under the Making Home Affordable Program.

If you have any questions or if you cannot afford the new trial period payments shown above please call the phone number below.

Sincerely,

DARNELL HAMILTON
Home Preservation Specialist
Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A.
Phone Number: 1- 877-270-3616 04572

---

Get free counseling to help manage expenses and avoid foreclosure. Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/[illegible] Or call 1-800-569-4287. You can also call the HOPE Hotline at 1-888-995-HOPE (4673).

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

---

## FREQUENTLY ASKED QUESTIONS

**Q. What else should I know about this offer?**

- To accept this offer you must call no later than 15 calendar days from the date listed at the top of this letter.
- You will not be charged any fees for this Trial Period Plan or a permanent modification.
- If your loan is modified, we will waive all unpaid late charges.
- When you become past due on your mortgage payments, it's important to understand that the actions you take to correct the situation can affect your credit score. If you choose a loan modification with a trial period plan, your credit score could be negatively impacted during the trial period plan, but it may not be as impacted as an ongoing series of late payments or foreclosure. During that process, we are required to continue to report the delinquency status of your loan to the credit reporting agencies as "paying under a partial or modified payment agreement". When you are approved for either a HAMP or our proprietary permanent loan modification, the modification process is complete and is recorded on your credit report as "loan modified" as long as you make your permanently modified payments on time. Keep in mind that the degree of impact to your credit score depends on your overall credit circumstances and is different for each individual. We are required by the Fair Credit Reporting Act (FCRA) to accurately report the status of your loan to the credit bureaus. If your loan is involved in or has been released from the bankruptcy case, we would follow all state and federal requirements for credit reporting. For more information about your credit score, go to https://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

**Q. Why is there a trial period?**

The trial period offers you immediate payment relief and gives you time to make sure you can manage the lower monthly mortgage payment. The trial period is temporary, and your existing loan and loan requirements remain in effect and unchanged during the trial period.

**Q. How was my new payment in the trial period determined?**

Your trial period payment is approximately 31% of your total gross monthly income, which we determined to be $9,675.30, based upon the income documentation you provided. If the loan is successfully modified, your new payment also will be based on 31% of your gross income. In addition, if your existing payment includes mortgage insurance premiums, this amount will also be added to your payment. If we were able to permanently modify your loan today, we estimate your modified interest rate would be 3.750%. Your final modified interest rate may be different.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your modified monthly payment may change if your property taxes and insurance premiums change. If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your loan has an escrow shortage of $2,173.33; this can either be paid in a lump sum when the loan is modified or over the next 60 months in an amount of $36.22 per month in addition to your modified monthly mortgage payment. If you wish to pay the total shortage as a lump sum, please contact me at 1-877-270-3616 04572.

*[handwritten margin note: NO MORT INS PREMIUMS / ESCROW SHORTAGE / 2,173.33]*

Page 3 of 5

LoanNumber: 0041182320  DocID: 3037218286

## FREQUENTLY ASKED QUESTIONS

**Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**

Once you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts, as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your loan balance.

*[handwritten: PAST DUE Amt as permitted BY YOUR LOAN]*

**Q. Are there incentives that I may qualify for if I am current with my new payments?**

Once your loan is modified, you can earn a pay-for-success incentive for every month that you make on-time payments beginning with the trial period payments. Depending on your modified monthly payment, you may accrue up to $1,000 each year for five years for a maximum of $5,000. This important benefit, *which will be applied to your principal balance each year after the anniversary date of your first trial period payment due date,* will help you earn equity in your home by reducing the amount that you owe. However, you must remain current on your loan. You will lose this benefit if your modified loan loses good standing, which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month, at any time during this five year period. If you lose this benefit, you will lose all accrued, unapplied incentive payments.

In addition, once your loan is permanently modified, you may be eligible to have some of your principal forgiven. Any principal forgiveness will be reported to the Internal Revenue Service and may have tax consequences. Therefore, you are advised to seek guidance from a tax professional.

**Q. Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**

Once your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage unless your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your interest rate may increase by 1% per year until it reaches a cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey® rate for 30-year, fixed-rate conforming mortgages). Once your interest rate reaches the cap it will be fixed for the remaining life of your loan. Your new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

## FREQUENTLY ASKED QUESTIONS

**Q. What if I have other questions about a Home Affordable Modification that cannot be answered by my mortgage servicer?**

Call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



**Q. What if I am aware of fraud, waste, mismanagement or misrepresentations**

affiliated with the Troubled Asset Relief Program?

Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 202.622.4559 (fax) or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.



**IMPORTANT PROGRAM INFO**

### Additional Trial Period Plan Information and Legal Notices

The terms of your Trial Period Plan below are effective on the day you make your first trial period payment, provided you have paid it on or before May 31, 2014. You and we agree that:

- The servicer will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that the servicer will not pay your interest on the amounts held in the account. If any money is left in this account at the end of the Trial Period Plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

- The servicer's acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.



Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2013 Wells Fargo Bank, N.A. All rights reserved.

LoanNumber: 0041182320  DocID: 3037218286

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403

A true and correct copy of the foregoing document entitled: **DEBTOR'S** MOTION **FOR** AUTHORITY TO MODIFY **LOAN** ON REAL PROPERTY **will be served or was served (a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 09/15/2014 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A Dockery (TR):    efiling@CH13LA.com    Randall S Miller & Associates, PC hoo.christopher@gmail.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov Buckely Madole PC: john.rafferty@buckleymadole.com
Kevin T. Simon:    kevin@srhlawfirm.com    Hart King:    pbruso@hartkinglaw.com
Wells Fargo Bank NA: tunisia.cooper@wellsfargo.com, anjanee.molock@wellsfargo.com,
kelli.wygant@wellsfargo.com Darshana.h.shah@wellsfargo.com, jerine.neptune@wellsfargo.com
Mark D Estle mark.estle@buckleymadole.com    Joe M Lozano, Jr notice@NBSDefaultServices.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* 09/15/2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* 09/15/2014 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy: Honorable Neil W. Bason 255 E. Temple Street, Suite 1552 / Ctrm. 1545 Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/15/2014 | Maria Diaz | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 4001-1.6.DEBTOR.APP.LOAN.MOD

## ADDITIONAL SERVICE INFORMATION:

Debtor(s):
Peter Davis
Gerri Davis
43667 Ryckebosch Lane
Lancaster, CA 93535

Chapter 13 Trustee
Kathleen Dockery
700 South Flower St., Ste. 1950
Los Angeles, CA 90051

Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

Bank of America
PO Box 982238
El Paso, TX 79998

Chase
PO Box 24696
Columbus, OH 43224

City of Fresno
Community Revitalization Division
2600 Fresno Street, Room 3070
Fresno, CA 93721

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

NDEx West, L.L.C.
15000 Surveyor Boulevard, Suite 500
TS# 20110033500125)
Addison, TX 75001-9013

Regional Trustee Services Corp.
616 1st Avenue, Suite 500
TS#: 05-FMA-115118
Seattle, WA 98104

Suntrust Mortgage/CC 5
1001 Semmes Ave
Richmond, VA 23224

Wells Fargo Dealer Services/WDS
PO Box 1697
Winterville, NC 28590

WFM/WBM
4101 Wiseman Blvd, # Mc-T
San Antonio, TX 78251

Wells Fargo Home Mortgage
c/o BDFTW
20955 Pathfinder Rd., Ste. 300
Diamond Bar, CA 91765

WELLS FARGO BANK, N.A.
P O Box 829009
Dallas, TX 75382

JPMorgan Chase Bank, National Association
BDFTW LLP
20955 Pathfinder Road
Suite 300
Diamond Bar, CA 91765

RUSHMORE LOAN MANAGEMENT SERVICES LLC
PO Box 55004
Irvine, CA 92619-2708

U.S. Bank National Association, as Trustee for Stanwich
Mortgage Loan Trust, Series 2012-9
Alvarado and Associates
1 Macarthur pl
Santa Ana, CA 92707

Wells Fargo Home Mortgage
c/o Wells Fargo Bank, N.A.
Attn: BK Dept MAC #T7416-023
4101 Wiseman Blvd.
San Antonio, TX 78251