| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kevin T. Simon - SBN 180967<br>**SIMON RESNIK HAYES LLP**<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>Telephone: (818) 783-6251<br>Facsimile:  (818) 783-6253<br>Email: kevin@srhlawfirm.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor(s)*<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 02 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** huerta    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – _LOS ANGELES_ DIVISION**

| In re:<br><br>    PETER DAVIS,<br>    GERRI DAVIS<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:12-bk-12146-NB<br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☒ **OTHER: DEBTOR'S MOTION FOR AUTHORITY TO MODIFY LOAN ON REAL PROPERTY**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
|---|---|

Based on Debtor's motion filed on (*date*) 09/15/2014 as docket entry number 82 ~~and the recommendation of the chapter 13 trustee~~, it is ordered that Debtor's motion is:

☐    Granted        ☐    Denied

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☒ Granted on the following conditions: *The debtors are authorized to enter into loan modifications of the type described in the motion. This court is neither approving nor disapproving any specific terms in any attached or incorporated documents.*

☐ Set for hearing on (*date*) _____ at (*time*) _____.

### ###

Date: October 2, 2014

Neil W. Bason
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 2  **F 3015-1.14.ORDER.CH13.GENRL**